**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Beverly FORDE, a/k/a Cynthia Taylor, a/k/a Margaret Hescott, Defendant—Appellant.**

No. 08–7293.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2008.

Decided: Dec. 1, 2008.

Beverly Forde, Appellant Pro Se. Beth Nicole Gibson, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Beverly Forde appeals from the district court's order denying her motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Forde,* No. 1:92–cr–00429–CMH–1 (E.D. Va. filed July 14, 2008; entered July 15, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*